THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL GAY, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL GAY, Appellant.— Appeals by defendant from judgments of conviction rendered against him in the Supreme Court of Schenectady County on his pleas of guilty to violation of sections 970, 973 and 974 of the Penal Law. The only issue

raised is as to the severity of the sentences. Judgments of conviction unanimously affirmed. Present — Foster, P. J., Heffernan, Brewster, Coon and Halpern, JJ. [See *post*, p. 786.]